AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:23-mj-488 |
| Stephan Cornelious MCNEILL | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 24, 2023__ in the county of __Franklin__ in the
__Southern__ District of __Ohio__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
See the attached Affidavit, which is fully incorporated herein.

☑ Continued on the attached sheet.

_____
EMANUEL WOODS (Affiliate)
Digitally signed by EMANUEL WOODS (Affiliate)
Date: 2023.08.24 12:12:19 -04'00'
*Complainant's signature*

Emanuel Woods, ATF Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.
Via FaceTime Video

Date: August 24, 2023

_____
Elizabeth A. Preston Deavers
United States Magistrate Judge

City and state: Columbus, Ohio

**PROBABLE CAUSE AFFIDAVIT**
**Stephan Cornelious MCNEILL**

I, Emanuel Woods, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2012. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2021. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Stephan Cornelious MCNEILL (hereinafter referred to as MCNEILL) for, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessing a firearm, and the firearm was in and affecting interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that MCNEILL committed this offense.

4. On August 24, 2023, ATF Special Agents (SA) and Task Force Officers conducted a federal search warrant at 206 North Wayne Ave, Columbus Ohio 43204. U.S. Magistrate Judge Elizabeth A. Preston Deavers found probable cause that existed for the offense of U.S. 18 U.S.C 922 (g)(1), 18 U.S.C 1704 Unlawful Possession of Postal Key, and 18 U.S.C. 1708 Theft or Receipt of Stolen Mail (case number 2:23-mj-485) against MCNEIL.

5. MCNEILL was present at the home during the execution of the warrant and was detained in the rear of Columbus Division of Police marked cruisers.

6. During a search of the home, a Ruger LCP .380 caliber pistol, bearing, serial number 371660042 was found in MCNEILL's upstairs bedroom dresser drawer. The room is believed to be MCNEILL's due to clothes, jewelry, and wallet found in the room during the search.

7. An FN, Model FNX45 .45 caliber pistol, bearing serial number FX3U027512 was also found in another bedroom closet inside a jacket arm sleeve. The room also is believed to be MCNEILL's as its only male clothing and shoes in the residence.

8. TFO Woods and TFO Jerry Orick read MCNEILL his Constitutional Rights. MCNEILL waived his rights and spoke to officers. MCNEILL stated he had been living at the residence for a few months with his girlfriend. MCNEILL stated the firearm found in the upstairs bedroom is not his, but his DNA would be found on the firearm.

9. TFO Woods asked MCNEILL about the firearm found in the upstairs closet, in which MCNEILL replied that the firearm did belong to him.

**PROBABLE CAUSE AFFIDAVIT**
**Stephan Cornelious MCNEILL**

10. TFO Woods had previously been monitoring MCNEILL's social media account and believed the weapons recovered to be similar to the firearms MCNEILL was possessing on his Instagram account.

11. MCNEILL is prohibited from possession of a firearm based upon having been previously convicted of the following crime punishable by a term of imprisonment exceeding one year:

    a. Franklin County Ohio Court of Common Pleas case number 10 CR 3048 for 2 counts of Aggravated Robbery, both Felonies of the 1st degree, and both punishable by a term of imprisonment of 10 years.

    b. Franklin County Ohio Court of Common Pleas case number 23 CR 1334 for Failure to Comply with an Order or Signal of a Police Officer, a Felony of the 3rd degree, punishable by a maximum term of imprisonment of 3 years.

12. Your Affiant confirmed via ATF resources that the aforementioned firearms recovered from MCNEILL's residence on or about August 24, 2023, were not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

13. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

14. Based on this information, your affiant believes probable cause exists that MCNEILL, knowing he had been previously convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a firearms, that is, a FN model FNX45 45 caliber pistol, and a Ruger LCP 380 caliber pistol, and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

ATF TFO Emanuel Woods

EMANUEL WOODS (Affiliate)
Digitally signed by EMANUEL WOODS (Affiliate)
Date: 2023.08.24 12:12:42 -04'00'

Sworn to and subscribed before me this day of  August 24, 2023 , at  12:34 PM   Columbus, Ohio.



Elizabeth A. Preston Deavers
United States Magistrate Judge