UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-                                              Case No.  2:23-mj-488

**Stephan Cornelious McNeill**

COURTROOM   MINUTES

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | August 24, 2023 At 1:00 PM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Courter Shimeall |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | George Chaney |
| INTERPRETER: |  | Pretrial/Probation | Jennifer Chadwick |

Initial Appearance on Complaint

-Dft completed CJA financial affidavit, Counsel appointed.
-Dft advised of rights, charges, and potential penalties
-Government motions Court for detention hearing; Motion granted
-Detention hearing set for 8/28/2023 at 1:30 PM before Judge Deavers
-Preliminary hearing set for 9/6/2023 at 2:00 PM before Judge Vascura
-Government advised of Due Process Protections Act Order